

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed June 10, 2022

_____
United States Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| **VANTAGE BENEFITS** § | **Lead Bankruptcy Case No.** |
| **ADMINISTRATORS, INC.,** § | **3:18-bk-31351** |
| § | |
| § | |
| Evanston Ins. Co. § | |
| § | |
| v. § | |
| § | |
| § | **Adversary Proceeding Case No.** |
| Vantage Benefits Admin., et al., § | **3:19-ap-03141** |
| § | |
| § | |

## ORDER VACATING DE 179 REGARDING
## WITHDRAWING FUNDS FROM COURT REGISTRY

PLEASE TAKE NOTICE that Plaintiff Evanston Insurance Company filed an Amended

---

ORDER                                                                                       PAGE 1

Motion to Withdraw Funds From Court Registry (DE 178), which superseded and replaced the original Motion to Withdraw Funds From Court Registry (DE 177).

The Court, after considering the Motions, signed orders granting both of the Motions, but now VACATES the Order Granting Motion to Withdraw Funds from Court Registry (DE 179).

It is therefore ORDERED that the Clerk of Court is ordered to VACATE DE 179.

# # # End of Order # # #

Cary Economou
Texas State Bar 24082201
Cary.Economou@clydeco.us
10440 N. Central Expressway, Suite 800
Dallas, Texas 75231
Tel: 202-747-5114