# McCATHERN
## SHOKOUHI · EVANS

JUSTIN BRYAN
Partner
jbryan@mccathernlaw.com

February 22, 2024

**<u>Via E-Filing:</u>**
United States Bankruptcy Court
Northern District of Texas - Dallas Division
Earle Cabell Federal Building
1100 Commerce St., Rm. 1254
Dallas, TX 75242-1496

> Re:  *Adversary Proceeding No. 19-03141-sgj; Evanston Insurance Company, an Illinois Corporation, vs. Vantage Benefits Administrators, Inc., a California Corporation, Jeffrey Richie, an Individual, Wendy K. Richie, an Individual, Caldwell and Partners, Inc., Midlands Management of Texas, Inc., Midlands Claim Administrators, Inc., and Midlands Management Corporation.*
> *Our File No.: 03588.0002*

Dear Judge Jernigan:

Please be advised that I will be on vacation from June 27, 2024 through July 19, 2024. Please do not schedule trial, hearings, allow for mediation or the scheduling of any depositions or other deadlines in the above-referenced matter during such dates. Thank you for your attention to these matters.

Sincerely,
*/s/ Justin Bryan*
Justin Bryan